**No. 09-9321. Bryan Dennie, Petitioner v. Nevada.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3796.

May 3, 2010. Petition for writ of certiorari to the Supreme Court of Nevada denied.

**No. 09-9323. Jerome Julius Brown, Petitioner v. Howard County Police Department, et al.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3821, 

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 358 Fed. Appx. 186.

**No. 09-9324. Jerome Julius Brown, Petitioner v. Council, Baradel, Kosmerl & Nolan, et al.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3772, 

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 360 Fed. Appx. 162.

**No. 09-9325. Jerome Julius Brown, Petitioner v. Upper Marlboro Town Police, et al.**

559 U.S. 1108, 130 S. Ct. 2406, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3677, 

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 360 Fed. Appx. 163.

**No. 09-9329. Wiley Curry, Petitioner v. Gables Residential Services, Inc.**

559 U.S. 1108, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3701, 

May 3, 2010. Petition for writ of certiorari to the Court of Appeals of Georgia denied.

**No. 09-9341. Ruben T. Davila, Petitioner v. California.**

559 U.S. 1109, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3696.

May 3, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 09-9344. Jason Wentz, Petitioner v. Mark Sevier, Superintendent, Miami Correctional Facility.**

559 U.S. 1109, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3678.

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-9346. Injah E. Tafari, Petitioner v. Sheldon Stein, et al.**

559 U.S. 1109, 130 S. Ct. 2407, 176 L. Ed. 2d 927, 2010 U.S. LEXIS 3855, 

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.